IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BERGERSON & ASSOCIATES, INC., on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | Civil Action No. _____<br><br>CLASS ACTION COMPLAINT<br><br>JURY TRIAL DEMANDED |

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for the Plaintiff, Bergerson & Associates, Inc., (a nongovernmental corporate party) makes the following disclosure on behalf of said party:

1. The party does not have a parent corporation.

2. There is no publicly held corporation that owns 10% or more of the party's stock.

                                        PRICKETT, JONES & ELLIOTT, P.A.

                                        By: _____
                                            James L. Holzman (DE Bar #663)
                                            David W. Gregory (DE Bar #4408)
                                            1310 King Street
                                            P.O. Box 1328
                                            Wilmington, DE 19899
                                            (302) 888-6500
                                            jlholzman@prickett.com
                                            dwgregory@prickett.com
                                            *Attorneys for Plaintiff*
                                            *Bergerson & Associates, Inc.*

OF COUNSEL:

Samuel D. Heins
Vincent J. Esades
Troy J. Hutchinson
Heins Mills & Olson, P.L.C.
3550 I.D.S. Center
80 S. Eighth Street
Minneapolis, MN 55402
(612) 338-4605
(612) 338-4692 (facsimile)
Email: heins@heinsmills.com

Dated: July 28, 2005

19684.1\280816v1