• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 7/29/05 | |
| NAME OF SERVER (PPJNT) BARRY EVELAND | TITLE SPECIAL PROCESS SERVER | |

*Check one box below to indicate appropriate method of service*

☐    Served personally upon the defendant. Place where served: _____

_____

     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐    Name of person with whom the summons and complaint were left: _____

☐    Returned unexecuted: _____

_____

_____

☒    Other (specify):    SERVED: INTEL CORPORATION C/O THE CORPORATION TRUST COMPANY 1209 ORANGE ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY BRIAN PENROD (PROCESS AGENT)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

       I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/29/05 _____
                Date

_____
*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

ALSO SERVED
CIVIL COVER SHEET & NOTICE

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware _____

BERGERSON & ASSOCIATES, INC.,
on behalf of himself and all others
similarly situated,    Plaintiff,

V.

**SUMMONS IN A CIVIL CASE**

INTEL CORPORATION,
             Defendant.

CASE NUMBER:    0 5 - 5 4 7

TO: (Name and address of Defendant)

Intel Corporation
c/o Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James L. Holzman, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P. O. Box 1328
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

DATE    7/28/05

CLERK    _Monica Mosley_

(By) DEPUTY CLERK